# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134207(8)

CHI-MING CHOW,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134207
AGC: 0707/07

_____/

      On order of the Court, the motion for reconsideration of this Court's September 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007           _____

p1119                                      Clerk